No. 12–7768. SCHMIDT v. MEULER. Ct. App. Wis. Certiorari denied.

No. 12–7771. VANG v. VIRGA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7772. MCNEIL v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 12–7774. LEE v. CITY OF ST. LOUIS, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–7775. MARRERO v. IVES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7776. JOHNSON v. VARGA, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 12–7777. ORRIS v. BUCHANAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7778. MCKINNEY v. CARTLEDGE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7781. SHATAT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7786. LARA v. RAYTHEON TECHNICAL SERVICES CO., LLC. C. A. 11th Cir. Certiorari denied.

No. 12–7788. JULES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7794. MUHAMMAD v. COCHRANE ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7795. MELENDEZ v. WILSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–7796. NICKERSON v. DELAROSA ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7798. MEJORADO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.